# EXHIBIT C



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

June 26, 2018

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 105139
Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

Innovis Consumer Assistance
P.O. Box 1640
Pittsburgh, PA 15230

Experian Information Solutions, Inc.
29 Broadway, 6th Floor
New York, NY 10006

       Re:    Marian Dibiase
       Creditor:  Discover Financial Services, LLC
       Account No.: Ending in 2393
       SSN:   Ending in 4153
       Address:  [REDACTED]

Dear Sir and/or Madam,

  Please be advised that this office was retained to represent Marian Dibiase with respect to her claims under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

  On or about November 18, 2016, Ms. Dibiase and Discover Financial Services, LLC ("Discover") entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Ms. Dibiase was required to make one lump sum payment totaling $300.00 to settle and close her Discover account. Ms. Dibiase, via her debt settlement representative timely made the requisite settlement payment. Proof of this payment is attached herein for your review.

  However, over a year and a half later, Ms. Dibiase's account continues to be negatively reported. In particular, on a requested credit report dated June 25, 2018, Ms. Dibiase's account was reported with a status of "CHARGE OFF," a balance of $571.00 and a past due balance of $571.00. The relevant portion of Ms. Dibiase's credit report is attached herein for your review. This trade line was inaccurately reported. As evidenced by the settlement agreement and proof of payment, the account was settled in full and has a balance of $0.00

  Please take notice that this dispute is made pursuant to 15. U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

  Thank you for your prompt attention to this important matter.

                    Very truly yours,

                     Patrick Russo, Esq.
                     Patrick.Russo@gitmeidlaw.com

PR:
Encl.

This check produced by DFS Services LLC.  Questions may be addressed to 1 (800) 347-5540  UPC0500413320161201

MARIAN  DIBIASE                                                                                       UPC000004

Pay to the order of:     **Discover Bank**

| Date | Check No. | Amount |
|---|---|---|
| 11/30/2016 | 1000 | $300.00 |

<u>MARIAN  DIBIASE</u>
By Discover Bank, its authorized agent

0493

| FILE # | | FNMA # | | DATE COMPLETED | 6/25/2018 | RQD' BY | |
|---|---|---|---|---|---|---|---|
| SEND TO | | | | DATE ORDERED | 6/25/2018 | | |
| | | | | REPOSITORIES | XP/TU | PRPD' BY | |
| | | | | PRICE | | LOAN TYPE | |
| | | | | REF. # | | | |

**PROPERTY ADDRESS**

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | DIBIASE, MARIAN | | | CO-APPLICANT | | | |
| SOC SEC # | -4153 | DOB | | SOC SEC # | | DOB | |
| MARITAL STATUS | | | | DEPENDENTS | | | |

### COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | DISCOVER FIN SVCS LLC 2393 | 06/18 | 07/08 11/16 | $700 REV | $571 - | $571 | 99 | 1 | 1 | 5 | CHARGE OFF XP/TU |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |

**ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER**


